# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14-00256-CR-W-RK |
| | ) | |
| | ) | |
| JAMES A. CROCKETT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On February 25, 2016, Magistrate Judge Robert E. Larsen issued his Report and Recommendation (doc. 68) concluding that the Court should deny Defendant James A. Crockett's motion to suppress (doc. 51). Defendant Crockett filed an objection to the Report. (Doc. 72.) In the suggestions in support of his objection, in its entirety, Defendant states:

> Mr. Crockett objects to the factual findings and legal conclusions contained in the report and recommendation, and renews the arguments put forth in his motion to suppress evidence. Specifically, Mr. Crockett objects to the holding that his detention on February 2, 2012 was supported by reasonable suspicion and the warrantless search of his car was supported by probable cause. He objects to the finding that the car stop on February 9, 2013 was supported by reasonable suspicion and that the warrantless search of his car was supported by probable cause. Finally, he objects to the finding that the search of his car on May 31, 2014 as supported by probable cause.

(Doc. 72 at 1.)

After an independent review of the matter pursuant to 28 U.S.C. § 636(b)(1)(C), the Court accepts the findings and recommendation made by Magistrate Judge Larsen in full. Accordingly, it is hereby

ORDERED that the Report and Recommendation of Magistrate Judge Robert E. Larsen (doc. 68) is ADOPTED. It is further

ORDERED that Defendant James A. Crockett's objection (doc. 72) is OVERRULED. It is further

ORDERED that Defendant James A. Crockett's motion to suppress (doc. 51) is DENIED.


                                      s/ Roseann A. Ketchmark  
                                      ROSEANN A. KETCHMARK, JUDGE  
                                      UNITED STATES DISTRICT COURT

DATED: April 19, 2016